IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
5:04CV454-H(2)

FILED
JUL 13 2004
US DISTRICT COURT, EDNC
BY ______ DEP. CLK

| | | |
|---|---|---|
| Ralph Vieux, *Plaintiff*, | ) | |
| vs. | ) | *Affidavit of Service* |
| Town of Fuquay-Varina et al., *Defendants*. | ) | |

---

The undersigned, being first duly sworn, deposes and says as follows:

(1) I am attorney of record for the plaintiff in the above-captioned action.

(2) On July 6, 2004, pursuant to Rule 4 of the Federal Rules of Civil Procedure, I served a copy of the plaintiff's complaint on defendant Hunt, by certified mail, return receipt requested.

(3) Service was completed on July 8, 2004, as shown by the original domestic return receipt number 7000 0600 0025 8510 6101 attached hereto as Exhibit A.

This the 12th day of July, 2004.

Gray Newell Johnson & Blackmon, LLP

BY: ______________________

Angela Newell Gray
8 West Third Street, Suite 100A
Winston-Salem, NC 27101
336-724-0330
NC State Bar # 21006

SWORN AND SUBSCRIBED before me
this the 12th day of July, 2004.

______________________
Notary Public

My Commission Expires: 7/30/08

TaWanna L. Archia
Notary Public
Forsyth County
State of North Carolina
My Commission Expires July 30, 2008

# EXHIBIT A

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)* B. Date of Delivery 7-8-04<br>C. Signature X [signature] ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Andrew Hunt<br>7532 Troy Stone Drive<br>Fuquay-Varina NC 27526 | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)* ☐ Yes |

2. Article Number *(Copy from service label)* 7000 0600 0025 8510 6101

PS Form 3811, July 1999 Domestic Return Receipt 102595-00-M-0952